**FILED: 05-11-2012**

JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Michael Williams*, | CASE NO. CV 12-1885-GHK (SSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Securitas Security Services USA, Inc., et al.*, | |
| Defendants. | |

Pursuant to the Court's April 10, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Michael Williams's ("Plaintiff") claims against Defendants Securitas Security Services USA, Inc., Pinkerton Government, Inc., and Paragon Systems, Inc. are **DISMISSED with prejudice**.  Pursuant to the Court's May 11, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendant the United States of America are **DISMISSED without prejudice**.  Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: May 11, 2012

_____
GEORGE H. KING
United States District Judge